PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN SHAIBI, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>MERRICK B. GARLAND, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. 1:21-cv-01716-AWI-EPG<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME<br><br>(ECF No. 11). |

　　The Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns a humanitarian reinstatement request for Plaintiff Sabah Shaibi, which has been pending with U.S. Citizenship and Immigration Services since February 2021. On April 8, 2022, USCIS issued a request for evidence to Plaintiffs. Plaintiffs submitted their response to the agency on June 13, 2022. USCIS is in the process of adjudicating but has not yet completed that process. USCIS anticipates it will be able to finish that process shortly, which will render this lawsuit moot.

　　The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 6, 2022. The parties further request that all other filing deadlines be similarly extended, and that the status conference, currently scheduled for September 7, 2022, be vacated and reset.

1

1  Respectfully submitted,

3  Dated:  August 5, 2022                              PHILLIP A. TALBERT
                                                       United States Attorney

5                                               By:  /s/ ELLIOT C. WONG
                                                     ELLIOT C. WONG
6                                                    Assistant United States Attorney

8                                                    /s/ CURTIS LEE MORRISON
                                                     CURTIS LEE MORRISON
9                                                    Counsel for Plaintiff

**ORDER**

Pursuant to the stipulation by the parties (ECF No. 11) to extend the due date for Defendants to file an answer or other dispositive pleading, IT IS ORDERED that Defendants' answer shall be filed no later than September 6, 2022. Further, the Court vacates the initial scheduling conference scheduled for September 7, 2022, and resets the initial scheduling conference to October 11, 2022, at 10:30 A.M. (*See* ECF No. 11). The parties are reminded to file a joint scheduling report, and also email a copy to epgorders@caed.uscourts.gov, one full week before the scheduling conference. (ECF No. 3, p. 2).

IT IS SO ORDERED.

Dated:  **August 9, 2022**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE

3