UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANAN SHAIBI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK B. GARLAND, *et al.*, <br><br> Defendants. | Case No. 1:21-cv-01716-AWI-EPG <br><br> ORDER RE: NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE <br><br> (ECF No. 13). |

On August 17, 2022, Plaintiffs filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 13). As Defendants have not filed an answer or motion for summary judgment, and in light of the notice of voluntary dismissal, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(i), *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and is dismissed without prejudice. Accordingly, the Clerk of Court is respectfully directed to terminate all pending deadlines and then to close the case.

IT IS SO ORDERED.

Dated:  **August 18, 2022**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1